BEZDIK KASSAB LAW GROUP
Raffi Kassabian (SBN: 260358)
301 N. Lake Ave, Suite 600
Pasadena, CA 91101
Telephone:  (626) 499-6998
Facsimile:   (626) 499-6993

Attorneys for Defendant

KEMNITZER, BARRON & KRIEG, LLP
KRISTIN KEMNITZER        Bar No. 278946
ADAM J. MCNEILE            Bar No. 280296
KATHERINE SASS              Bar No. 326185
1120 Mar West St., Ste C2
Tiburon, CA 94920
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
kristin@kbklegal.com)
adam@kbklegal.com
katie@kbkleagal.com

HOUSING AND ECONOMIC RIGHTS ADVOCATES
NATASHA BLAZER              Bar No. 348122
P.O. Box 29435
Oakland, CA 94604-9435
Telephone: (510) 271-8443
Facsimile: (510) 868-4521
nblazer@heraca.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REGIONS BANK aka ENERBANK USA,<br><br>　　　　Defendant. | **Case No. 1:24-CV-00816-KES-EPG**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS (L.R. 144)**<br><br>District Judge: Hon. Kirk E. Sherriff<br><br>Complaint Served: July 18, 2024<br>Current Response Date: August 8, 2024<br>New Response Date: September 5, 2024 |

1  Plaintiff John Lewis ("Plaintiff") and Defendant Regions Bank a/k/a Enerbank USA ("Defendant"), by and through their undersigned counsel, stipulate as follows:

Plaintiff served the initial complaint on Defendant on July 18, 2024. In accordance with Federal Rule of Civil Procedure 12(a)(1)(A), Defendant's response deadline is currently August 8, 2024.  Pursuant to Local Rule 144(a), the parties may stipulate without leave of court to extend the time to respond to the complaint if the extension is no for more than twenty-eight (28) days. This is the first stipulation for an extension of time between the parties. Therefore, pursuant to Local Rule 144(a), the parties hereby stipulate that the deadline for Defendant to file and serve its response to the complaint is extended 28 days, from August 8, 2024, to September 5, 2024.


Dated:  August 8, 2024          **BEZDIK KASSAB LAW GROUP**

                                By: */s/ Raffi Kassabian*
                                Raffi Kassabian
                                Attorney for Defendant

Dated:  August 8, 2024          **KEMNITZER, BARRON & KRIEG, LLP**

                                By: */s/ Kristin Kemnitzer*
                                Kristin Kemnitzer
                                Attorney for Plaintiff


In accordance with the foregoing stipulation IT IS SO ORDERED.


DATED: _____        _____
                                UNITED STATES DISTRICT JUDGE

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS (L.R. 144)