# UNITED STATES DISTRICT COURT

Eastern _____  **District of** _____ California

JOHN LEWIS

Plaintiff (s),

V.

REGIONS BANK aka ENERBANK USA

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  1:24-cv-00816-KES-EP

Notice is hereby given that, subject to approval by the court,   Regions Bank aka EnerBank USA   substitutes

(Party (s) Name)

Thomas S. Van  |  McGLINCHEY STAFFORD  , State Bar No.  209632  as counsel of record in

(Name of New Attorney)

place of   Raffi Kassabian  |  BEZDIK KASSAB LAW GROUP  .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  McGLINCHEY STAFFORD

Address:  18201 Von Karman Avenue, Suite 350  Irvine, CA 92612

Telephone:  (949) 381-5900  Facsimile  (949) 271-4040

E-Mail (Optional):  tvan@mcglinchey.com

I consent to the above substitution.

Date:  12-16-24

_____
(Signature of Party (s))

I consent to being substituted.

Date:  December 13, 2024

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  12-16-2024

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
                ) **ss.**
**COUNTY OF ORANGE** )

I, Peter Tran, declare:

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On December 16, 2024, I served the document(s) described as: **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** as follows:

☐    **BY MAIL**:  As follows:

      ☐    **FEDERAL –** I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☐  **BY OVERNIGHT COURIER SERVICE** as follows:  I caused such envelope to be delivered by overnight courier service to the offices of the addressee.  The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐  **BY EMAIL SERVICE** as follows:  By email or electronic transmission: Based on any agreement between the parties and/or as a courtesy, I sent the document(s) to the person(s) at the email address(es) listed on the service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒  **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court.  Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒  **FEDERAL:**  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on December 16, 2024, at Irvine, California.

                                        Peter Tran

20884220.1

**SERVICE LIST**
**USDC, Eastern District Case No. 1:24-cv-00816-KES-EPG**
**JOHN LEWIS v. REGIONS BANK AKA ENERBANK USA**
**File # 000061.0239**

| | |
|---|---|
| Kristin Kemnitzer<br>Adam J. McNeile<br>Katherine Sass<br>KEMNITZER, BARRON & KRIEG LLP<br>1120 Mar West Street, Suite C2<br>Tiburon, CA 94920 | Attorneys for *Plaintiff* **JOHN LEWIS**<br><br>Tel.: (415) 632-1900<br>Fax: (415) 632-1901<br>Email: kristin@kbklegal.com<br>        adam@kbklegal.com<br>        katie@kbklegal.com |
| Natasha Blazer<br>HOUSING AND ECONOMIC RIGHTS<br>ADVOCATES<br>P.O. Box 29435<br>Oakland, CA 94604 | Attorneys for *Plaintiff* **JOHN LEWIS**<br><br>Tel.: (510) 271-8843<br>Fax: (510) 868-4521<br>Email: nblazer@heraca.org |
| Raffi Kassabian<br>BEZDIK KASSAB LAW GROUP<br>301 N. Lake Avenue, Suite 600<br>Pasadena, CA 91101 | Attorneys for *Defendant* **REGIONS BANK aka ENERBANK USA**<br><br>Tel: (626) 499-6998<br>Fax: (626) 499-6993<br>Email: raffi@bezdikkassab,com |

20884220.1