AO 154 (10/03) Substitution of Attorney
Case 1:24-cv-00816-KES-EPG   Document 19   Filed 12/17/24   Page 1 of 1
FILED
DEC 17 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ FN
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__Eastern__ **District of** __California__

JOHN LEWIS

        Plaintiff (s),

V.

REGIONS BANK aka ENERBANK USA

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:24-cv-00816-KES-EP__

Notice is hereby given that, subject to approval by the court, __Regions Bank aka EnerBank USA__ substitutes
(Party (s) Name)

__Thomas S. Van | McGLINCHEY STAFFORD__, State Bar No. __209632__ as counsel of record in
(Name of New Attorney)

place of __Raffi Kassabian | BEZDIK KASSAB LAWGROUP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McGLINCHEY STAFFORD |
| Address: | 18201 Von Karman Avenue, Suite 350 Irvine, CA 92612 |
| Telephone: | 81-5900    Facsimile  (949) 271-4040 |
| E-Mail (Optional): | tvan@mcglinchey.com |

I consent to the above substitution.

Date: __12-16-24__

_____
(Signature of Party (s))

I consent to being substituted.

Date: __December 13, 2024__

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: **12-16-2024**

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __12/17/24__

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]