1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEWIS,<br><br>  Plaintiff,<br><br>v.<br><br>REGIONS BANK aka ENERBANK USA,<br><br>  Defendant. | Case No.: 1:24-cv-00816-KES-EPG<br><br>**ORDER GRANTING STIPULATION TO BRIEFING SCHEDULE ON DEFENDANT REGIONS BANK aka ENERBANK USA's MOTION TO COMPEL ARBITRATION AND STAY THE CASE**<br><br><u>**Hearing**</u>:<br>Date:   March 3, 2025<br>Time:   1:30 p.m.<br>Crtm:   6 |

This matter came before the Court on the parties' Stipulation to Briefing Schedule on Defendant REGIONS BANK aka ENERBANK USA's Motion to Compel Arbitration and Stay the Case (the "<u>Stipulation</u>"). Having reviewed the Stipulation and all related filings, and considered the arguments made by the parties, if any, and good cause appearing therefore,

**IT IS ORDERED** that the Stipulation request is **GRANTED**.

1. Plaintiff's opposition to Defendant's Motion to Compel Arbitration and Stay the Case is due on or before January 31, 2025;

2. Defendant's reply to any opposition is due on or before February 14, 2025.

IT IS SO ORDERED.

Dated:   December 17, 2024

_____
UNITED STATES DISTRICT JUDGE