Marc Rasich (SBN CA 174683)
Ashley M. Boulton (SBN CA 285305)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
Marc.Rasich@gtlaw.com
Ashley.Boulton@gtlaw.com

Attorneys for Defendant
REGIONS BANK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEWIS,<br><br>        Plaintiff,<br><br>v.<br><br>REGIONS BANK aka ENERBANK USA,<br><br>        Defendant. | CASE NO.  1:24-cv-00816-KES-EPG<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Assigned to Hon. Kirk E. Sherriff |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, Ashley M. Boulton, of Greenberg Traurig, LLP, hereby enter my appearance as counsel of record for and on behalf of Defendant REGIONS BANK aka ENERBANK USA.  I am a member of the State Bar of California and am admitted to practice in the United States District Court – Eastern District of California. My address and telephone number is as follows:

Ashley M. Boulton (SBN CA 285305)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
Ashley.Boulton@gtlaw.com

NOTICE OF APPEARANCE OF COUNSEL

DATED:  April 10, 2026                    GREENBERG TRAURIG, LLP


                                    By   /s/Ashley M. Boulton
                                       Marc Rasich
                                       Ashley M. Boulton

                                       Attorneys for Defendant
                                       REGIONS BANK

NOTICE OF APPEARANCE OF COUNSEL